UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, <u>in its capacity as Administrative Agent</u>,<br><br>             Plaintiff,<br><br>   -v-<br><br>TELESAT CANADA, <u>et al.</u>,<br><br>             Defendants. | CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement. (Dkt. No. 4). Pursuant to the parties' stipulation, (Dkt. No. 1-2 at 2), the deadline for Defendants Telesat Canada and Telesat LEO CanHold Corporation to respond to the complaint, (Dkt. No. 1-1), is **March 27, 2026.**

Dated:      New York, New York
           February 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**