UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, <u>in its capacity as Administrative Agent</u>,<br><br>                    Plaintiff,<br><br>    -v-<br><br><br>TELESAT CANADA, <u>et al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held on April 8, 2026 (the "April 8 Conference"), the Court **ORDERS** the following:

1.  By **April 13, 2026**, the parties shall order a copy of the April 18 Conference transcript by using the annexed form.

2.  For the reasons discussed at the April 18 Conference, to the extent Defendants Telesat Canada and Telesat LEO CanHold Corporation ("Defendants") are seeking a stay of discovery with respect to Count II (the "Request") pending resolution of Defendants' motions to dismiss, (Dkt. Nos. 27; 30), the Request is **DENIED**.

3.  For the reasons discussed at the April 18 Conference, the Court declines to adopt either party's proposed discovery schedule.  (<u>See</u> Dkt. No. 34; 37–38).  The Court notes, instead, that the parties shall be limited to ten depositions per side and shall substantially complete document productions by **September 15, 2026**.

4.  By **April 13, 2026**, the parties shall file a joint letter proposing a revised discovery schedule that aligns with September 15, 2026 deadline set forth in paragraph 3, <u>supra</u>.

Following receipt of the joint letter, the Court will enter a revised Case Management Plan.

5. By **May 15, 2026**, the parties shall file a joint letter of no longer than 1,750 words updating the Court on the status of discovery and any issues ripe for the Court's attention.

6. Another **in-person** case management conference to discuss the status of discovery is scheduled for **May 19, 2026, at 10:00 a.m. ET** (the "May 19 Conference") in Courtroom 18A, 500 Pearl Street, New York NY 10007.  Any participant requesting permission to bring an electronic device (_e.g.,_ cellphone, laptop, tablet) into the Courthouse for use at the May 19 Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **May 13, 2026**.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:       New York, New York
             April 8, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|