UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, <u>in its</u>
<u>capacity as Administrative Agent</u>,

                            Plaintiff,

     -v-


TELESAT CANADA, <u>et</u> <u>al.</u>,

                            Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The in-person case management conference to discuss the status of discovery presently
scheduled for May 19, 2026 at 10:00 a.m. ET, (Dkt. No. 39 at 2), is **RESCHEDULED** to **May 19, 2026**
**(the same day) at 12:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York NY 10007.

Dated:     New York, New York
           May 19, 2026

                                        SO ORDERED.


                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**