**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

      Plaintiff,

      v.

TELESAT CANADA and TELESAT LEO CANHOLD CORPORATION,

      Defendants.

Case No. 1:26-cv-01346

## MOTION FOR ANDREW J. EHRLICH TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Andrew J. Ehrlich of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney of record for Plaintiff Wilmington Savings Fund Society, FSB ("WSFS") on the grounds that he is leaving his employment with Paul, Weiss.  WSFS will continue to be represented in this proceeding by William A. Clareman, Brian S. Hermann, Joseph M. Graham, Paul A. Paterson, Max H. Siegel, Andrea M. L. Keller, Tyler F. Zelinger, and Xu Pang of Paul, Weiss, and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

Date: New York, New York
     May 29, 2026

                                      **PAUL, WEISS, RIFKIND,**
                                         **WHARTON & GARRISON LLP**

                                   By: */s/ Andrew J. Ehrlich*
                                        Andrew J. Ehrlich
                                        1285 Avenue of the Americas,
                                        New York, New York 10019
                                        (212) 373-3000
                                        aehrlich@paulweiss.com

                                       *Attorney for Plaintiff*

SO ORDERED:

_____

## **<u>CERTIFICATE OF SERVICE</u>**

I, Andrew J. Ehrlich, hereby certify that on May 29, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system and email, and on my clients via email.


May 29, 2026                                                                 Andrew J. Ehrlich


New York, New York                                              */s/ Andrew J. Ehrlich*