UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

Plaintiff,

-v-

TELESAT CANADA, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 5, 2026 (the "Conference"), at which counsel for Plaintiff Wilmington Savings Fund Society, FSB, in its capacity as Administrative Agent ("Plaintiff") and Defendants Telesat Canada and Telesat LEO CanHold Corporation ("Defendants") appeared, the Court **ORDERS** the following:

1. By **June 9, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. With respect to Plaintiff's request that Christopher DiFrancesco be a priority document custodian, (see Dkt. No. 67), Defendants' counsel shall investigate whether it is possible to (a) identify documents unique to Mr. DiFrancesco, i.e., not captured by any other custodian, and (b) create separate hit reports for the time periods November 1, 2024 to June 1, 2025, and from June 1, 2025 forward.  The Court refers the parties to the Transcript for the full discussion on this issue.

3. Plaintiff's request to designate at least one "resigning director" as a priority document custodian is **DENIED**, (see Dkt. No. 67 at 2), but pursuant to the discussion at the

Conference, Plaintiff may designate one "resigning director," (see id.), as a regular (not a priority) document custodian limited to on the period June 1, 2023 forward.

4. Plaintiff's request to expand Defendants' production of "board materials concerning any transfers of value from GEO to LEO," (Dkt. No. 67 at 2), to include asset dispositions from GEO to LEO that are not alleged in the Complaint is **DENIED**.  The Court refers the parties to the Transcript for the full discussion on this issue.

5. By **July 1, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter of no longer than 1,750 words, along with any exhibits, updating the Court on the status of discovery and any issues ripe for the Court's attention.

6. Another telephone conference to discuss the status of discovery is scheduled for **July 6, 2026 at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:  New York, New York
June 5, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|