UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| WILMINGTON SAVINGS FUND SOCIETY, FSB, <u>in its capacity as Administrative Agent</u>, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC) |
| -v- | **ORDER** |
| TELESAT CANADA, <u>et</u> <u>al.</u>, | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' proposed stipulation extending the deadline to meet and confer "concerning modern attachments, as set forth in Section I.D.3 of the ESI Order [Dkt. No. 46]" from June 26, 2026 to July 24, 2026.  (Dkt. No. 71 (the "Proposed Stipulation")).  The Court will So Order the Proposed Stipulation by separate Order.

In light of this extension, the telephone conference to discuss the status of discovery scheduled for July 6, 2026 at 2:00 p.m. ET, (Dkt. No. 68), is **ADJOURNED** to **July 27, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  Further, the parties' deadline of July 1, 2026 to file a joint letter of no longer than 1,750 words, along with any exhibits, updating the Court on the status of discovery and any issues ripe for the Court's attention, (Dkt. No. 68), is **EXTENDED** to **July 23, 2026** at **5:00 p.m. ET**.

Dated:    New York, New York
          June 26, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge