# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

July 23, 2026

**VIA ECF FILING**

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346 (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to file under seal Exhibits A, B, and C attached to the parties' Joint Discovery Letter to be filed July 23, 2026.

Plaintiff's Exhibits A, B, and C are documents that Defendants designated as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY." Plaintiff does not have a confidentiality interest in these documents, and currently takes no position on their confidentiality (while reserving the right to do so). However, because the documents were designated as "Outside Counsels' Eyes Only" by Defendants, Plaintiff respectfully submits this letter to allow Defendants an opportunity to submit a motion to seek to seal the information.

Respectfully submitted,

*/s/ William A. Clareman*

William A. Clareman
*Counsel for Plaintiff*

cc: All Counsel of Record via CM/ECF