# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | Brussels |
|---|---|
| 1285 Avenue of the Americas | Hong Kong |
| New York, NY 10019-6064 | Houston |
| +1 212 373 3000 | London |
| | Los Angeles |
| | San Francisco |
| **William Clareman** | Tokyo |
| **Direct Dial:** +1 212 373 3248 | Toronto |
| **Email:** wclareman@paulweiss.com | Washington, DC |
| | Wilmington |

July 23, 2026

**VIA ECF FILING**

Hon. Sarah L. Cave
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> The Court is in receipt of Plaintiffs' letter at Dkt. No. 74 requesting to file Exhibits A, B, and C (Dkt. Nos. 75-1; 75-2; 75-3 (the "Exhibits")) of the parties' joint discovery letter (Dkt. Nos. 75 (the "Joint Letter")) under seal to protect materials that Defendants designated as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" (the "Confidential Information"). (Dkt. No. 74 (the "Sealing Request")).  Given that Defendants designed that Confidential Information as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" and that Plaintiff "currently takes no position on their confidentiality (while reserving the right to do so)[,]" (Dkt. No. 74), the Sealing Request is **GRANTED**.  See <u>Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc.</u>, No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026) ("documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict").  The Joint Letter (Dkt. No. 75) and the Exhibits (Dkt. Nos. 75-1; 75-2; 75-3) shall remain under seal.  The Court further reminds the parties of the telephone conference to discuss the status of discovery scheduled for **July 27, 2026 at 12:00 p.m. ET**.  (Dkt. No. 73).
>
> The parties have already filed a publicly available version of the Joint Letter with Exhibits removed.  (Dkt. No. 75).  By the **end of the day today, July 24, 2026**, Plaintiff's counsel shall email a courtesy copy of the sealed Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 74.
>
> SO ORDERED.    July 24, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346
(S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to file under seal Exhibits A, B, and C attached to the parties' Joint Discovery Letter to be filed July 23, 2026.

Plaintiff's Exhibits A, B, and C are documents that Defendants designated as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY."  Plaintiff does not have a confidentiality interest in these documents, and currently takes no position on their confidentiality (while reserving the right to do so).  However, because the documents were designated as "Outside Counsels' Eyes Only" by Defendants, Plaintiff respectfully submits this letter to allow Defendants an opportunity to submit a motion to seek to seal the information.

Respectfully submitted,

*/s/ William A. Clareman*

William A. Clareman
*Counsel for Plaintiff*

cc:  All Counsel of Record via CM/ECF