UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

Plaintiff,

-v-

TELESAT CANADA, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 27, 2026 (the "Conference"), at which counsel for Plaintiff Wilmington Savings Fund Society, FSB, in its capacity as Administrative Agent ("Plaintiff") and Defendants Telesat Canada and Telesat LEO CanHold Corporation ("Defendants") appeared, the Court **ORDERS** the following:

1. By **July 29, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. The parties shall meet and confer regarding the prioritization of Defendants' 16 agreed custodians. (Id. at 2). The Court refers the parties to the Transcript for the full discussion on this issue.

3. **Within one week** of each production of documents, the parties shall exchange metadata logs that provide the following for each document within that production: Priv Log No.; Begin Bates; Family Date; Record Type; File Type; File Name; Author; Email Subject or Filename; Email From / To / CC / BCC; and Privilege Type. (Dkt. No. 76

at 4).  Consistent with the discovery schedule at Dkt. No. 43, by **September 29, 2026**, the parties shall complete the exchange of privilege logs.

4.  Defendants' request for discovery from members of the Ad Hoc Group ("AHG") other than the Directing Lenders is **DENIED WITHOUT PREJUDICE**.  Defendants may provide more information in the Joint Letter, (see ¶ 5, infra), explaining what the AHG is and why discovery from more than the three Directing Lenders is necessary, for discussion at the next telephone conference on August 17, 2026.  (See ¶ 6, infra).

5.  By **August 13, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter (the "Joint Letter") of no longer than 1,750 words, along with any exhibits, updating the Court on the status of discovery and any issues ripe for the Court's attention.

6.  Another telephone conference to discuss the status of discovery is scheduled for **August 17, 2026 at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            July 27, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:

(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|