# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

August 13, 2026

**VIA ECF FILING**

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346
> (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to file under seal Exhibit D attached to the parties' Joint Discovery Letter to be filed August 13, 2026.

Plaintiff's Exhibit D is designated as "CONFIDENTIAL" because it contains commercially sensitive information that, if made public, would prejudice Plaintiff. Plaintiff, accordingly, respectfully requests that Exhibit D be permitted to be filed under seal. Defendants do not oppose this request.

Respectfully submitted,

*/s/ William A. Clareman*

William A. Clareman
*Counsel for Plaintiff*

cc:  All Counsel of Record via CM/ECF