# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

> The Court is in receipt of the letter at Dkt. No. 81 filed by Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") requesting to file Exhibit D to the parties' joint discovery letter (Dkt. No. 82-4 ("Exhibit D")) under seal to protect "commercially sensitive information [designated as "CONFIDENTIAL"] that, if made public, would prejudice Plaintiff" (the "Confidential Information"). (Dkt. No. 81 (the "Sealing Request")).  Given Plaintiff's representation that the Confidential Information is designated as "CONFIDENTIAL" and "contains commercial sensitive information that, if made public, would prejudice Plaintiff[,]" and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" <u>Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc.</u>, No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.
>
> Exhibit D shall remain under seal at Dkt. No. 82-4.  By the **August 14, 2026 at 5:00 p.m. ET**, Plaintiff's counsel shall email a courtesy copy of the unsealed version of Exhibit D to Chambers at cave_nysdchambers@nysd.uscourts.gov.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 81.
>
> SO ORDERED.    August 14, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

August 13, 2026

<u>**VIA ECF FILING**</u>

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346
     (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to file under seal Exhibit D attached to the parties' Joint Discovery Letter to be filed August 13, 2026.

Plaintiff's Exhibit D is designated as "CONFIDENTIAL" because it contains commercially sensitive information that, if made public, would prejudice Plaintiff.  Plaintiff, accordingly, respectfully requests that Exhibit D be permitted to be filed under seal.  Defendants do not oppose this request.

Respectfully submitted,

*/s/ William A. Clareman*_____

William A. Clareman
*Counsel for Plaintiff*

cc:  All Counsel of Record via CM/ECF