UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,<br><br>Plaintiff,<br><br>-v-<br><br>TELESAT CANADA, et al.,<br><br>Defendants. | CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on September 10, 2026 (the "Conference"), at which counsel for Plaintiff Wilmington Savings Fund Society, FSB, in its capacity as Administrative Agent ("Plaintiff") and counsel for Defendants Telesat Canada and Telesat LEO CanHold Corporation ("Defendants") appeared, the Court **ORDERS** the following:

1. By **September 11, 2026**, the parties shall order a copy of the Conference transcript by using the annexed form.

2. By **September 14, 2026**, Plaintiff shall serve a copy of this Order on Kobre & Kim LLP ("Kobre"), counsel for the "Special Committee[.]" (See Dkt. No. 90 at 1).

3. By **September 18, 2026**, Plaintiff shall file a letter limited to 700 words explaining why Kobre should "identify whether any custodians were on litigation holds preserving unsaved emails," and why Kobre should "run broader hit reports" for those custodians. (Dkt. No. 90 at 1–2). By **October 2, 2026**, Kobre shall file a response limited to 700 words.

4. As stated at the Conference, Plaintiff is requesting that Defendants produce a separate privilege log for the communications with the Special Committee that Defendants assert are covered by the common interest privilege. (See Dkt. No. 90 at 2). Defendants stated at the Conference that they intend to meet the substantial completion deadline of **September 15, 2026**, and will produce their last privilege log on **September 22, 2026**. Following Plaintiff's receipt of Defendants' last privilege log, the parties shall meet and confer concerning Defendants' assertion of common interest privilege. The parties shall provide an update on this issue in their joint status letter on October 16, 2026. (See ¶ 4, infra).

5. By **October 16, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter of no longer than 1,750 words, along with any exhibits, updating the Court on the status of discovery and any issues ripe for the Court's attention.

6. Another telephone conference to discuss the status of discovery is scheduled for **October 21, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 10, 2026

SO ORDERED.

[signature]

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL