UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

Plaintiff,

-v-

TELESAT CANADA, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 91 (the "Sept. 10 Order"), by September 14, 2026, Plaintiff Wilmington Savings Fund Society, FSB, in its capacity as Administrative Agent ("Plaintiff"), was required to serve a copy of the Sept. 10 Order on Kobre & Kim LLP ("Kobre"), counsel for the "Special Committee[.]" (Dkt. No. 91 ¶ 2; see Dkt. No. 90 at 1). To date, Plaintiff has not filed proof of service of the Sept. 10 Order on Kobre. By **September 18, 2026**, Plaintiff shall file proof of service of the Sept. 10 Order on Kobre.

Dated: New York, New York
September 15, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**