PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

The Court is in receipt of the letter at Dkt. No. 94 filed by Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") requesting to file under seal and in redacted form its letter discussing its discovery dispute with Kobre & Kim LLP ("Kobre") (Dkt. No. 96 (the "Letter")) and to seal the supporting exhibits (Dkt. Nos. 96-1; 96-2 (the "Exhibits")) because Defendants have designated the Exhibits as "CONFIDENTIAL" and the Letter quotes portions of the Exhibits. (Dkt. No. 94 (the "Sealing Request")). Given that Defendants have designated the Exhibits as "CONFIDENTIAL" and the Letter quotes portions of the Exhibits, and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the Letter (Dkt. No. 95) and the Exhibits (Dkt. Nos. 95-1; 95-2) shall remain under seal. Plaintiff has already filed a publicly-viewable version of the Letter (Dkt. No. 96) with the confidential information redacted. By **September 21, 2026**, Plaintiff's counsel shall: (i) email courtesy copies of the unredacted version of the Letter and unsealed version of the Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov; and (ii) serve this Order by email on Kobre and file proof of service.

The Clerk of Court is respectfully directed to close Dkt. No. 94.

SO ORDERED. September 18, 2026

SARAH L. CAVE
United States Magistrate Judge

September 18, 2026

**VIA ECF FILING**

Hon. Sarah L. Cave
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346 (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to file under seal Exhibits A and B attached to Plaintiff's Letter to be filed on September 18, 2026 (and quoted portions in the letter) regarding a discovery dispute with Kobre & Kim LLP.

Plaintiff's Exhibits A and B are documents that Defendants have designated as "CONFIDENTIAL." Plaintiff does not have a confidentiality interest in these documents, and currently takes no position on their confidentiality (while reserving the right to do so). However, because the documents were designated as "Confidential" by Defendants, Plaintiff respectfully submits this letter to allow Defendants an opportunity to submit a motion to seek to seal the information.

Respectfully submitted,

By: */s/ William A. Clareman*

William A. Clareman
*Counsel for Plaintiff*

cc: All Counsel of Record via CM/ECF