PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

September 29, 2026

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

**By ECF**

***Wilmington Savings Fund Society, FSB v. Telesat Canada et al.***
**(Case No. 1:26-cv-01346-VSB-SLC)**

Dear Judge Cave:

Pursuant to this Court's June 26, 2026 Order (ECF No. 43), Plaintiff writes to request that the Court schedule a settlement conference in this matter.

Since April 2024, various lenders have formally attempted to engage with Defendant Telesat Canada concerning a refinancing of its $1.3 billion term loan and other approaching maturities. Rather than engage in good-faith discussions, on September 12, 2025, Defendants consummated the spin transaction at the heart of this case—which was concededly an attempt to secure negotiating leverage in refinancing discussions. Compl. ¶ 62. The spin transaction further imperiled payment on the term loan and triggered the present litigation. The day Plaintiff filed this litigation, Defendant Telesat Canada pushed further away from the negotiating table and terminated an arrangement whereby it was paying the lenders' legal fees in connection with consideration of a debt restructuring. The term loan now matures in just weeks—on December 6, 2026—and Telesat Canada cannot repay it, which will inevitably lead to substantial additional litigation if the issues are not resolved before then.

While the three lenders who are directing Plaintiff in this litigation (the "Directing Lenders") and Defendants have exchanged letters concerning a potential resolution of the looming debt maturity and this litigation, they have made no meaningful progress. Most recently, the Directing Lenders provided an offer to Defendants on August 14, 2026, but they have yet to receive a substantive response.

Accordingly, Plaintiff believes that a settlement conference before the Court would be helpful to assist the parties in hopefully achieving a consensual resolution of this lawsuit before the December 6, 2026 maturity date. Plaintiff respectfully requests that the Court schedule a settlement conference at its earliest convenience.

Plaintiff sought Defendants' position on this request. Defendants conditioned their agreement to a settlement conference on a stay of all case deadlines pending the conference, followed by an adjournment of all case deadlines. That is not a reasonable request. Staying the litigation and/or delaying case deadlines would severely prejudice Plaintiff and the Directing Lenders given the impending debt maturities. It would also be completely inconsistent with the pretrial schedule adopted by the Court for a prompt resolution of this case, and Plaintiff's—and more importantly, the Court's—significant efforts over the past five months to meet that schedule. Such a request also violates paragraph 11 of this Court's Standing Order Applicable to Settlement Conferences, which provides that "[t]he scheduling of a settlement conference has no effect on any deadlines or other pending obligations in the action." Indeed, if the price of settlement discussions were further delay, then many parties would never voluntarily engage in such discussions (and Plaintiff would not be requesting a settlement conference here). Accordingly, Plaintiff respectfully requests that the Court schedule a settlement conference without modifying any current case deadlines.

Respectfully submitted,

Dated: September 29, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *<u>/s/ William A. Clareman</u>*
Brian S. Hermann
William A. Clareman
Joseph M. Graham
Paul A. Paterson
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
bhermann@paulweiss.com
wclareman@paulweiss.com
jgraham@paulweiss.com
ppaterson@paulweiss.com

*Attorneys for Plaintiff*
*Wilmington Savings Fund Society, FSB*