UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

Plaintiff,

-v-

TELESAT CANADA, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 10, 2026, the Court directed the parties to file a joint letter (the "Letter") by **October 16, 2026** updating the Court on the status of discovery and any issues ripe for the Court's attention, and further scheduled a telephone conference to discuss the status of discovery for **October 21, 2026 at 3:00 p.m. ET**. (Dkt. No. 91).

On September 29, 2026, Plaintiff Wilmington Savings Fund Society, FSB, in its capacity as Administrative Agent ("Plaintiff") filed a letter requesting a settlement conference with the Court. (Dkt. No. 102 (the "Request")). In the Request, Plaintiff stated that "Defendants conditioned their agreement to a settlement conference on a stay of all case deadlines pending the conference[.]" (Dkt. No. 102 at 2). The next day, the Court (i) granted the Request to schedule a settlement conference; (ii) scheduled a telephone conference for **October 13, 2026 at 4:00 p.m. ET** to discuss scheduling a settlement conference; and (iii) denied Defendant's request to stay all case deadlines. (Dkt. No. 103).

Given that the parties are required to appear before the Court on **October 13, 2026 at 4:00 p.m. ET** to discuss scheduling a settlement conference, (Dkt. No. 103), the telephone

conference previously scheduled for **October 21, 2026 at 3:00 p.m. ET** to discuss the status of discovery is **CANCELLED**. The parties shall be prepared to discuss scheduling a settlement conference and the status of discovery at the telephone conference on **October 13, 2026 at 4:00 p.m. ET.**

Further, the parties' deadline of October 16, 2026 to file the Letter is **EXPEDITED** to **October 9, 2026 at 5:00 p.m. ET**.

Dated: New York, New York
October 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**