# EXHIBIT 1

## CONFIDENTIAL - FILED UNDER SEAL