# EXHIBIT 3

## CONFIDENTIAL - FILED UNDER SEAL