# EXHIBIT 4

## CONFIDENTIAL - FILED UNDER SEAL