# EXHIBIT 5

## CONFIDENTIAL - FILED UNDER SEAL