# EXHIBIT 6

## CONFIDENTIAL - FILED UNDER SEAL