# EXHIBIT 7

## CONFIDENTIAL - FILED UNDER SEAL