# EXHIBIT 8

## CONFIDENTIAL - FILED UNDER SEAL