PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**MEMO ENDORSED**

October 9, 2026

**VIA ECF FILING**

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346 (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to temporarily file under seal Exhibits 1 and 3-8 attached to the parties' Joint Discovery Letter to be filed on October 9, 2026, as well as quoted portions of those exhibits in the letter.

Plaintiff's Exhibits 1 and 3-8 are documents that Defendants have designated as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY." Plaintiff does not have a confidentiality interest in these documents and believes that they were, at least in substantial part, improperly designated as confidential and highly confidential. Unwarranted confidentiality designations do not provide a basis for sealing, as the Court's Protective Order confirms. *See* ECF. No. 51 ¶ 12 ("Notwithstanding the designation of information as 'Confidential' or 'Highly Confidential' in discovery, there is no presumption that such information shall be filed with the Court under seal."). There is certainly no basis for sealing the high-level references to, and quotations of, those documents in the Joint Discovery Letter.

Plaintiff has informed Defendants of its position and the parties intend to meet and confer regarding the issue. However, Defendants have maintained that, in the meantime, this information must be filed under seal. Plaintiff therefore respectfully requests an order that the Court permit this information to be filed under seal for a period of one week to allow the parties adequate time to meet-and-confer and hopefully reach an agreement to propose to the Court, and failing such an agreement, for Defendants to file a motion to permanently seal this information.

Respectfully submitted,

By: */s/ William A. Clareman*

William A. Clareman
*Counsel for Plaintiff*

cc: All Counsel of Record via CM/ECF

The Court is in receipt of the letter at Dkt. No. 106 filed by Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") requesting to temporarily file under seal and in redacted form the parties' joint discovery status letter (Dkt. No. 107 (the "JSL")) and to temporarily seal Exhibits 1 and 3-8 to the JSL (the "Exhibits") because the JSL and Exhibits contain information that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY." (Dkt. No. 106 (the "Sealing Request")). Plaintiff, however, does not actually believe the JSL or Exhibits should be sealed, and only requested this temporary sealing "to allow the parties adequate time to meet-and-confer and hopefully reach an agreement to propose to the Court[.]" (Id.)

The Court is also in receipt of the letter at Dkt. No. 113 filed by Defendants Telesat GEO Inc. and Telesat LEO CanHold Corporation ("Defendants") requesting to permanently seal the JSL and Exhibits because they "contain[] specific, non-public sensitive business information whose public disclosure would cause competitive, commercial or privacy harm to Defendants or to non-parties." (Dkt. No. 113 at 2). Given that JSL and Exhibits contain information that Defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY," the JSL quotes portions of the Exhibits, and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the JSL (Dkt. No. 107) and Exhibits (Dkt. Nos. 107; 107-1; 107-3; 107-4; 107-5; 107-6; 107-7; 107-8) shall remain permanently under seal. Plaintiff has already filed a publicly-viewable version of the JSL (Dkt. No. 108) with the confidential information redacted.

The Clerk of Court is respectfully directed to close Dkt. No. 106.

SO ORDERED. October 16, 2026

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**