# KIRKLAND & ELLIS LLP

Kaitlin P. Sheehan
To Call Writer Directly:
+1 212 909 3417
kaitlin.sheehan@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 9, 2026

**VIA CM/ECF**
Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

**Re: *WSFS v. Telesat GEO Inc. (f/k/a Telesat Canada) et al.*, Case No. 1:26-cv-01346-VSB-SLC (S.D.N.Y.)**

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Defendants Telesat GEO Inc. (f/k/a Telesat Canada) and Telesat LEO CanHold Corporation respectfully seek approval (1) to seal Exhibits A, B, and C attached to Defendants' Letter-Motion to Compel Production of Investment Committee Materials (the "Letter-Motion") and (2) to redact certain portions of Defendants' Letter-Motion discussing and quoting from Exhibit A.

Plaintiff Wilmington Savings Fund Society, FSB has designated the documents in Exhibits A, B, and C as "Confidential" or "Highly Confidential – Outside Counsels' Eyes Only" under the Protective Order (ECF No. 51). Defendants do not have a confidentiality interest in these documents, and currently take no position on their confidentiality (while reserving the right to do so). However, because the documents were designated as "Confidential" or "Highly Confidential – Outside Counsels' Eyes Only" by Plaintiff, Defendants respectfully submit this letter to allow Plaintiff an opportunity to submit a motion to seek to seal the information.

The Court is in receipt of the letter at Dkt. No. 109 filed by Defendants Telesat GEO Inc. and Telesat LEO CanHold Corporation ("Defendants") requesting to temporarily file under seal and in redacted form its letter-motion to compel (Dkt. Nos. 110; 111 (the "Letter")), and to temporarily seal the supporting exhibits (the "Exhibits") because Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") has designated the Exhibits as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY." (Dkt. No. 109 (the "Sealing Request")). Defendants, however, take no position on the confidentiality of these documents and only request this temporary sealing "to allow Plaintiff an opportunity to submit a motion to seek to seal the information." (Id.) By **October 20, 2026**, Plaintiff shall file a letter explaining why the Letter and Exhibits should be permanently sealed.

In the meantime, the Sealing Request is **GRANTED** and the Letter and Exhibits shall remain under seal at Dkt. Nos. 111, 111-1, 111-2, and 111-3. If, by **October 20, 2026**, Plaintiff does not file a letter explaining why the Letter and Exhibits should be permanently sealed, the Court will issue an order directing the Clerk of Court to unseal the Letter and Exhibits.

The Clerk of Court is respectfully directed to close Dkt. No. 109.

SO ORDERED. October 16, 2026

Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge

Dated: New York, New York
October 9, 2026

KIRKLAND & ELLIS LLP

*/s/ Kaitlin P. Sheehan*

Josh Greenblatt, P.C.
Jeffrey R. Goldfine, P.C.
Kaitlin P. Sheehan
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
josh.greenblatt@kirkland.com
jeffrey.goldfine@kirkland.com
kaitlin.sheehan@kirkland.com

*Attorneys for Defendants Telesat GEO Inc. (f/k/a Telesat Canada) and Telesat LEO CanHold Corporation*

cc. All counsel of record