# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Kaitlin P. Sheehan
To Call Writer Directly:
+1 212 909 3417
kaitlin.sheehan@kirkland.com

+1 212 446 4800

Facsimile:
+1 212 446 4900

www.kirkland.com

October 23, 2026

MEMO ENDORSED

**VIA ECF**
Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

**Re: *WSFS v. Telesat GEO Inc. (f/k/a Telesat Canada) et al.*, Case No. 1:26-cv-01346-VSB-SLC (S.D.N.Y.)**

Dear Judge Cave:

We represent Defendants Telesat GEO Inc. (f/k/a Telesat Canada) and Telesat LEO CanHold Corporation ("Defendants") in the above-referenced action. Pursuant to the Court's October 23, 2026 Order (ECF 129) and Rule I.F.2 of Your Honor's Individual Practices, Defendants respectfully renew their request for limited redactions to the transcript of the October 13, 2026 conference (ECF 118, the "Transcript"). Specifically, Defendants request that the Court permit redactions to the following page/line numbers of the Transcript: 12:25–13:6; 15:17–22; 30:17–23; and 40:18–41:1 (the "Proposed Transcript Redactions").

On four separate occasions during the October 13 conference, Plaintiff's counsel quoted from and/or described documents that Defendants produced and designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY" under the Stipulated Confidentiality Agreement and Protective Order (ECF 51). Certain of these documents that Plaintiff's counsel referenced are the same documents that were provisionally filed under seal as Exhibits to the parties' October 9, 2026 joint discovery status letter (ECF 107), and subsequently sealed pursuant to the Court's October 16 Order (ECF 116). In granting that relief, the Court recognized: (i) Defendants' confidentiality designations, (ii) the fact that the joint letter "quotes portions of the Exhibits," and (iii) the principle that "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict." (quoting *Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc.*, No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026)).

The same grounds apply here. The Proposed Transcript Redactions are each an instance where Plaintiff's counsel quoted from and/or revealed information that could only be known through review of the documents Defendants produced and designated "CONFIDENTIAL" or

"HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY." And the Proposed Transcript Redactions are narrowly tailored. They cover only the specific language quoting or describing the sealed Exhibits. Specifically, Defendants ask to redact:

- **Transcript at 12:25–13:6.** In this passage, Plaintiff's counsel describes the contents of emails and correspondence by and among the members of the Special Committee and Kirkland regarding the selection of Special Committee members and its counsel, all of which were produced to Plaintiff and designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY."

- **Transcript at 15:17–22.** In this passage, Plaintiff's counsel describes the contents of documents produced to Plaintiff concerning the Special Committee's engagement of a valuation advisor. The same information was redacted from the public version of the parties' October 9 joint letter (ECF 108 at 2), and the Court ordered the unredacted letter permanently sealed (*see* ECF 116).

- **Transcript at 30:17–23.** In this passage, Plaintiff's counsel refers to an internal Telesat message about Telesat's auditor, which was produced to Plaintiff and designated "CONFIDENTIAL" and is one of the documents that the Court previously sealed in connection with the parties' October 9 joint letter (ECF 107-4).

- **Transcript at 40:18–41:1.** In this passage, Plaintiff's counsel describes and quotes from statements in Exhibits 7 and 8 (ECF 107-7, 107-8) to the parties' October 9 joint letter, which were subject to this Court's October 16 Order and sealed (ECF 116).

Defendants also ask that the Transcript stay restricted until the Court rules on this request.

Respectfully submitted,

Dated: New York, New York
October 23, 2026

KIRKLAND & ELLIS LLP

*/s/ Kaitlin P. Sheehan*

Josh Greenblatt, P.C.
Jeffrey R. Goldfine, P.C.
Kaitlin P. Sheehan
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
josh.greenblatt@kirkland.com
jeffrey.goldfine@kirkland.com
kaitlin.sheehan@kirkland.com

*Attorneys for Defendants Telesat GEO Inc. (f/k/a Telesat Canada) and Telesat LEO CanHold Corporation*

cc. All counsel of record

The Court is in receipt of the letter at Dkt. No. 130 filed by Defendants Telesat GEO Inc. and Telesat LEO CanHold Corporation ("Defendants") requesting to seal portions of the transcript of the October 13, 2026 conference (Dkt. No. 118 (the "Transcript")) to protect information that Defendants designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" under the Stipulated Confidentiality Agreement and Protective Order (Dkt. No. 51) (the "Confidential Information"). (Dkt. No. 130 (the "Sealing Request")). As part of the Sealing Request, Defendants submit a version of the Transcript with the Confidential Information redacted. (Dkt. No. 130-1). Plaintiff Wilmington Savings Fund Society, FSB does not oppose the Sealing Request. (Dkt. No. 132).

Given that the Confidential Information is designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" under the Stipulated Confidentiality Agreement and Protective Order (Dkt. No. 51), and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Court **APPROVES** Defendants' proposed redactions to the Transcript (Dkt. No. 130-1), and **GRANTS** the Sealing Request.

The Transcript at Dkt. No. 118 shall be placed under seal. The transcriber is respectfully directed to apply Defendants' redactions (Dkt. No. 130-1) to the Transcript and docket the redacted version as the publicly-viewable Transcript.

The Clerk of Court is respectfully directed to:
1) Seal the Transcript at Dkt. No. 118; and
2) Close Dkt. No. 130.

SO ORDERED. October 26, 2026

SARAH L. CAVE
United States Magistrate Judge