PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

The Court is in receipt of the letter at Dkt. No. 133 filed by Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") requesting to file under seal and in redacted form its letter discussing common interest privilege (Dkt. No. 134 (the "Letter")) and to seal the supporting exhibit (Dkt. No. 134-1 (the "Exhibit")) because Defendants have designated the Exhibit as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" and the Letter quotes portions of the Exhibits. (Dkt. No. 133 (the "Sealing Request")). Plaintiff, however, does not have a confidentiality interest in the Exhibit. (Dkt. No. 133). Given that Defendants have designated the Exhibit as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" and the Letter quotes portions of the Exhibit, and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the Letter (Dkt. No. 135) and the Exhibit (Dkt. No. 135-1) shall remain under seal. Plaintiff has already filed a publicly-viewable version of the Letter (Dkt. No. 134) with the confidential information redacted and emailed Chambers courtesy copies of the Letter and Exhibit.

The Clerk of Court is respectfully directed to close Dkt. No. 133.

SO ORDERED. October 26, 2026

SARAH L. CAVE
United States Magistrate Judge

October 23, 2026

**VIA ECF**

Hon. Sarah L. Cave
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*,
No. 1:26-cv-1346 (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to temporarily file under seal Exhibit 1 attached to Plaintiff's letter regarding Defendants' assertion of the common-interest privilege.

Plaintiff's Exhibit 1 is a document that Defendants have designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY." Plaintiff does not have a confidentiality interest in this document, but respectfully requests an order that the Court permit the document to be filed provisionally under seal to allow Defendants an opportunity to seek permanent sealing, if they so choose.

Respectfully submitted,

*/s/ William A. Clareman*

William Clareman

Cc: All Counsel of Record via CM/ECF