PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Clareman**
**Direct Dial:** +1 212 373 3248
**Email:** wclareman@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

The Court is in receipt of the letter at Dkt. No. 141 filed by Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") requesting to file under seal and in redacted form the parties' joint discovery letter (Dkt. No. 143 (the "Letter")) and to seal the supporting exhibits (Dkt. Nos. 143-1--143-9 (the "Exhibits")) because Defendants or third parties have designated the Exhibits as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" and the Letter quotes portions of the Exhibits. (Dkt. No. 141 (the "Sealing Request")). Plaintiff, however, does not have a confidentiality interest in the Exhibits. (Dkt. No. 141).

Given that Defendants and/or third parties have designated the Exhibits as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY" and the Letter quotes portions of the Exhibits, and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the Letter (Dkt. No. 142) and the Exhibits (Dkt. Nos. 142-1--142-9) shall remain under seal. Plaintiff has already filed a publicly-viewable version of the Letter (Dkt. No. 143) with the confidential information redacted and emailed Chambers courtesy copies of the Letter and Exhibits.

The Clerk of Court is respectfully directed to close Dkt. No. 141.

SO ORDERED. October 30, 2026

SARAH L. CAVE
United States Magistrate Judge

October 29, 2026

**VIA ECF**

Hon. Sarah L. Cave
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346 (S.D.N.Y.)

Dear Judge Cave:

Pursuant to Rule I.F.2 of Your Honor's Individual Practices in Civil Cases, Plaintiff Wilmington Savings Fund Society, FSB ("Plaintiff") submits this letter requesting permission to file under seal Exhibits A–I attached to the parties' Joint Discovery Letter to be filed on October 29, 2026, as well as quoted portions of those exhibits in the letter.

Plaintiff's Exhibits A–H are documents that Defendants or third parties have designated as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY," and Plaintiff's Exhibit I contains quotations from a document a third party has designated as "CONFIDENTIAL." Plaintiff does not have a confidentiality interest in these documents, and currently takes no position on their confidentiality (while reserving the right to do so). However, because the documents were designated as "Confidential" by Defendants or third parties, Plaintiff respectfully submits this letter to allow them an opportunity to submit a motion to seek to seal the information. Plaintiff will file redacted versions of the Joint Discovery Letter and Exhibit I.

Respectfully submitted,

By: _/s/ William A. Clareman_

William A. Clareman

*Counsel for Plaintiff*

cc: All Counsel of Record via CM/ECF