UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

Plaintiff,

-v-

TELESAT CANADA, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 2, 2026 (the "Conference") to discuss the status of discovery (see Dkt. No. 114), at which counsel for Plaintiff Wilmington Savings Fund Society, FSB, in its capacity as Administrative Agent ("Plaintiff"), and counsel for Defendants Telesat Canada and Telesat LEO CanHold Corporation ("Defendants") appeared. Following the Conference, the Court **ORDERS** the following:

1. By **November 4, 2026**, the parties shall order a copy of the Conference transcript by using the annexed form.

2. The Court reminds the parties that a settlement conference is scheduled to take place by videoconference on **November 6, 2026, at 10:00 a.m. ET** (the "Settlement Conference"). (Dkt. No. 115). A telephone conference with counsel only to discuss the anticipated Settlement Conference is scheduled for **November 5, 2026 at 5:00 p.m. ET** on the Court's conference line. Counsels are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

3. With respect to Defendants' request that Plaintiff produce "(1) all investment committee materials from Silver Point, Sound Point, and [] and (2) every such material slipsheeted in Plaintiff's production" (Dkt. No. 110), by **November 4, 2026**, Plaintiff shall upload the following six documents for the Court's in camera review via the file share link that the Court will email to Plaintiff's counsel:
   a. For each of the three Directing Lenders:
      i. An investment committee memorandum from the week of September 15, 2025, and
      ii. An investment committee memorandum dated shortly before February 17, 2026.
4. With respect to the parties' privilege issues (see Dkt. No. 143 at 1, 5), by **November 6, 2026**, the parties shall complete roll-off productions. By **November 13, 2026**, the parties shall provide updated privilege logs. By **November 20, 2026**, the parties shall file a letter stating whether they request that the Court make any rulings, and if so, proposing a schedule for those submissions.[1]
5. By **November 4, 2026**, Plaintiff shall serve a copy of this Order on Kobre and file proof of service.

Dated: New York, New York
November 2, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge

[1] As discussed during the Conference, Plaintiff raises concerns with certain work product privilege assertions made by counsel to the Special Committee, Kobre & Kim ("Kobre"). (See Dkt. No. 143 at 2–4). The Court requests that Kobre, if possible, follow the same schedule set forth in paragraph 4 of this Order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL