**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,<br><br>*Plaintiff*,<br><br>v.<br><br>TELESAT CANADA and TELESAT LEO CANHOLD CORPORATION,<br><br>*Defendants*. | No. 1:26-cv-01346-VSB-SLC |

**CERTIFICATE OF SERVICE**

I, Paul A. Paterson, counsel for Plaintiff Wilmington Savings Fund Society, FSB, hereby certify that, on November 3, 2026, I caused a copy of the Court's Order dated November 2, 2026, ECF No. 145, to be served on Kobre & Kim LLP by email of a copy to counsel for Kobre & Kim LLP. Udi Karklinsky acknowledged receipt on behalf of Kobre & Kim LLP on November 4, 2026.

Dated: New York, New York
November 4, 2026

By: */s/ Paul A. Paterson*
Paul A. Paterson