UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Administrative Agent,

Plaintiff,

-v-

TELESAT CANADA, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1346 (VSB) (SLC)

**TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference with counsel only to discuss the status of the parties' settlement discussions is scheduled for **November 17, 2026 at 1:00 p.m. ET** on the Court's conference line. Counsels are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
November 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**