November 18, 2026

**By ECF**

Hon. Vernon S. Broderick
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

Re: *Wilmington Savings Fund Soc'y, FSB* v. *Telesat Canada*, No. 1:26-cv-1346 (S.D.N.Y.)

Dear Judge Broderick:

The parties write jointly to update the Court about recent developments and to request the Court enter an order staying this action (and all current case deadlines) until January 18, 2027.

Plaintiff is the Administrative Agent for the lenders (the "Term Lenders") under the term loan (the "Term Loan") to Defendant Telesat GEO Inc. (f/k/a Telesat Canada) (referred to herein as "Telesat Canada") maturing on December 6, 2026. Plaintiff brought this action challenging a September 2025 transaction in which Telesat Canada transferred 62% of its equity holdings in Telesat's low earth orbit ("LEO") satellite business to Telesat LEO CanHold Corporation, the other named Defendant in this action.

On November 6, 2026, the parties had a settlement conference with Magistrate Judge Cave. On November 16, 2026, the parties then entered into a standstill agreement in connection with certain litigation pending in the Ontario Superior Court of Justice. In that litigation, Plaintiff had filed a motion seeking declaratory and injunctive relief relating to, among other things, Telesat Canada's ability to file a Chapter 11 bankruptcy case.

The standstill agreement provides for, among other things, a standstill period through January 18, 2027, during which time the parties will attempt to negotiate a consensual restructuring plan. Although there is no assurance these discussions will be successful, if they are, it is expected to result in the resolution of all claims in this case. The agreement further provides that, during the standstill period, all litigation between the parties will be paused, including this litigation, with the exception of Plaintiff's motion in the Ontario court concerning Telesat Canada's ability to file a Chapter 11 case. The Ontario Court approved the standstill agreement on November 16, 2026, and scheduled a hearing on the motion for January 12, 2027. A copy of the court's endorsement (which includes the standstill agreement) is attached as Exhibit A.

The parties notified Judge Cave of the standstill agreement via email on November 16, 2026 and discussed it further during a conference on November 17, 2026. At the November 17 conference, Judge Cave ordered the parties to provide Your Honor with an update and request for an order to stay this action.

Accordingly, in light of their standstill agreement, the parties respectfully request that this Court stay this action, including: (i) staying and holding in abeyance all outstanding deadlines in the April 14 Scheduling Order (Dkt. No. 43); and (ii) any rulings on Defendants' pending motions to dismiss (Dkt. Nos. 27, 30), until January 18, 2027 (the end of the standstill period). The parties propose to report to the Court on January 18, 2027, or earlier if there are material developments before that time. A copy of the parties' proposed order is attached as Exhibit B.

The parties are available to discuss the standstill agreement and any other recent developments further, to the extent helpful to the Court, at the Court's convenience.

Dated: November 18, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. November 19, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ William A. Clareman*
Brian S. Hermann
William A. Clareman
Joseph M. Graham
Paul A. Paterson

1345 Avenue of the Americas
New York, NY 10105
(212) 373-3000
bhermann@paulweiss.com
wclareman@paulweiss.com
jgraham@paulweiss.com
ppaterson@paulweiss.com

*Attorneys for Plaintiff*
*Wilmington Savings Fund Soc'y, FSB*

KIRKLAND & ELLIS LLP

By: */s/ Josh Greenblatt*
Josh Greenblatt, P.C.
Jeffrey R. Goldfine, P.C.
Kaitlin P. Sheehan

601 Lexington Avenue
New York, NY 10022
(212) 446-4800

josh.greenblatt@kirkland.com
jeffrey.goldfine@kirkland.com
kaitlin.sheehan@kirkland.com

*Attorneys for Defendants*
*Telesat GEO Inc. (f/k/a Telesat Canada) and*
*Telesat LEO CanHold Corporation*